IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CEDRIC JACOBS,

    Plaintiff,

v.                                                    4:23cv324–WS/MAF

S. MILLIKEN,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed October 4, 2023. The magistrate judge recommends that Plaintiff's case be dismissed without prejudice for failure to prosecute, failure to pay the filing fee, and failure to comply with court orders. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is adopted

and incorporated by reference in this order of the court.

2. This case is hereby DISMISSED without prejudice for failure to prosecute, failure to pay the filing fee, and failure to comply with court orders.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this __8th__ day of __November__, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE